| | |
|---|---|
| United States District Court<br>Eastern District of New York | 1:19-cv-03735-ENV-JO |
| Curtis Winston, Jane Doe individually and on behalf of all others similarly situated,<br><br>                       Plaintiffs,<br><br>         - against -<br><br>The Hershey Company<br><br>                       Defendant | <br><br><br><br><br><br>Notice of Voluntary Dismissal |

Plaintiff Winston gives notice the negligent misrepresentation claims are voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff Jane Doe, purporting to represent persons in states other than New York, gives notice that her claims are voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 5, 2019

                                                Respectfully submitted,

                                                Sheehan & Associates, P.C.

                                                /s/Spencer Sheehan
                                                Spencer Sheehan
                                                505 Northern Blvd., Suite 311
                                                Great Neck, NY 11021
                                                (516) 303-0552
                                                spencer@spencersheehan.com
                                                E.D.N.Y. # SS-8533
                                                S.D.N.Y. # SS-2056

1:19-cv-03735-ENV-JO
United States District Court
Eastern District of New York

Curtis Winston, Jane Doe, individually and on behalf of all others similarly situated,

Plaintiffs,

- against -

The Hershey Company

Defendant

## Notice of Voluntary Dismissal

Sheehan & Associates, P.C.
505 Northern Blvd., #311
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: December 5, 2019

/s/ Spencer Sheehan
Spencer Sheehan